UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENNIE GIBSON,

                Plaintiff,

-against-

THE CITY MUNICIPALITY OF NEW YORK, ET AL.,

                Defendants.

25-CV-5566 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently detailed in the North Infirmary Command on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights. For the following reasons, the complaint is dismissed.

Plaintiff has submitted to this court an identical complaint against the same defendants. That case is pending before the Court under docket number 25-CV-6009 (LTS). Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-6009 (LTS).[1]

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

---

[1] The Court's usual practice is to dismiss the action with the higher case number. Here, however, the complaint in the action with the lower docket number, No. 25-CV-5566 (LTS), was photocopied in a way that makes it virtually illegible. The Court will therefore dismiss that action without prejudice to the case pending under docket number 25-CV-6009 (LTS).

## CONCLUSOIN

The Court dismisses Plaintiff's complaint as duplicative of the case pending under docket number 25-CV-6009 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: August 18, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge