UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNIE GIBSON, | |
| Plaintiff, | 25 CIVIL 5566 (LTS) |
| -against- | CIVIL JUDGMENT |
| THE CITY MUNICIPALITY OF NEW YORK, ET AL., | |
| Defendants. | |

For the reasons stated in the August 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 14, 2025

   New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge